IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL LEE FIERRO, SR.,<br><br>Defendant. | **8:25CR188**<br><br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Cheryl M. Kessell to withdraw as counsel for the defendant, Darrell Lee Fierro, Sr. (Filing No. 21).  Kaz C. Long has filed an entry of appearance as retained counsel for Darrell Lee Fierro, Sr.  Therefore, Cheryl M. Kessell's motion to withdraw (Filing No. 21) will be granted.

Cheryl M. Kessell shall forthwith provide Kaz C. Long any discovery materials provided to the defendant by the government and any such other materials obtained by Cheryl M. Kessell which are material to Darrell Lee Fierro, Sr.'s defense.

The clerk shall provide a copy of this order to Kaz C. Long.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge